■ INDYMAC FEDERAL BANK, FSB, Appellant, v LUISA BATISTA, Respondent, et al., Defendants. [956 NYS2d 181]—

Contrary to the contention of the defendant Luisa Batista, the record does not reflect that the order appealed from was entered as the result of a settlement, which would require dismissal of the appeal (*see* CPLR 2104; *Matter of Martinez v Martinez,* 15 AD3d 663 [2005]). Since the order appealed from was not the result of a settlement, and the only basis for, inter alia, declaring the subject mortgage null and void was a colloquy between the Supreme Court and Batista, during which the plaintiff was not afforded the opportunity to present evidence and cross-examine Batista, the plaintiff was deprived of its right to due process of law (*see Logan v Zimmerman Brush Co.,* 455 US 422, 429 [1982]). Accordingly, the order must be reversed. Rivera, J.P., Chambers, Hall and Lott, JJ., concur.